**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **vs.** | : | **Case No: 4:26-CR-00015** |
| | : | |
| **GOLAM MOWLA KHAN,** | : | |
| | : | |
| **Defendant** | : | |

**ORDER on Motion to Continue**

Defendant was charged on August 12, 2026, ECF No. 1, and arraigned on August 21, 2026, No ECF No. Defendant moves to continue the Pre-Trial Conference in this matter, that is currently set for 10:00 a.m. on Friday, October 9, 2026. ECF No. 16.

IT IS HEREBY ORDERED that the above-referenced matter be continued to the March 2027 Term of Court, and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time. The Court finds that the ends of justice served by granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial because a failure to grant such continuance could result in a miscarriage of justice and would deny counsel for the Defendant and Government the reasonable time necessary for effective preparation. 18 U.S.C. §§ 3161(h)(7)(A)-(B). The delay occasioned by this continuance shall not be considered in calculating the speedy trial deadline under the Speedy Trial Act.

AUSA, Mr. Richard Rettig, has reviewed and approved the attached Proposed Order for the Motion for Continuance.

SO ORDERED, this 6th day of October, 2026.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA